Report Date: May 23, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 23, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Delbert W. Lee | Case Number: 0980 2:17CR00061-SAB-1 |
| Address of Offender: ███████████████, Spokane, Washington 99212 | |

Name of Sentencing Judicial Officer: The Honorable B. Lynn Winmill, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A Bastian, U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: March 8, 2017 | Type of Supervision: Supervised Release |
| Original Offense: Theft of Mail Matter, 18 U.S.C. § 1708 | |
| Original Sentence: Prison - 57 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: U.S. Attorney's Office | Date Supervision Commenced: March 8, 2017 |
| Defense Attorney: Federal Defender's Office | Date Supervision Expires: March 7, 2020 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/03/2017 and 05/16/2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #3:** You shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of 5 periodic drug tests a month thereafter for the term of supervision as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay.<br><br>**Supporting Evidence**: On March 30, 2017, Mr. Lee was given a copy of his judgement and his conditions of supervision were explained to him, to include a condition that allowed for random urinalysis testing through probation's drug and alcohol vendor.  He signed the judgment and stated he understood his conditions.  Mr. Lee was directed to call Alcohol Drug Education Prevention and Treatment (ADEPT) daily and to listen for the color "Brown 2."<br><br>On May 17, 2017, Mr. Lee's color "Brown 2" was called, and he reported to ADEPT as directed. Mr. Lee tested presumptive positive for morphine. The results have been sent to Alere Laboratory for further testing and confirmation. Mr. Lee signed a drug use admission form stating he used morphine on or about May 14, 2017. |

Prob12C
**Re: Lee, Delbert W**
**May 23, 2017**
**Page 2**

During a conversation with Mr. Lee, he self disclosed on May 22, 2017, that he was continuing to use morphine, and his last use was on May 20, 2017. He understood the use was a violation of his supervised release conditions. He reported to the United States probation office and signed a drug use admission from stating he used on May 20, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/23/2017

s/Joshua D. Schull

Joshua D Schull
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[xx] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

5/23/2017

Date